## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**PAULS CARS INC.**, a Florida Corporation

    Plaintiff,

v.                                                                        Case No:5:13-CV-75-Oc-10PRL

**HERSHEY CONTRACTING INC.**

    Defendant.

## ORDER

This matter is before the Court on the Motion for Temporary Thirty (30) Day Admission (Doc. 3). Defendant retained Jason M. Wandner, Esquire to represent it in this action, which was initially filed in state court and removed by Defendant to this Court on February 13, 2013. Mr. Wandner, who is not currently a member of the Bar of the Middle District of Florida, has submitted an application for admission and requests temporary admission until he is admitted to practice in this Court.

Accordingly, and upon due consideration, the Motion for Temporary Thirty (30) Day Admission (Doc. 3) is **GRANTED**. Pursuant to Local Rule 2.02(d), Jason M. Wandner is granted temporary admission to the Bar of the Middle District of Florida to represent Defendant in this action for **thirty (30)** days or until counsel has obtained general admission to the Bar of this Court whichever is earlier. Failure to obtain general admission to the Bar of this Court within thirty days will result in the Court terminating Jason M. Wandner as counsel of record for Defendant.

- 2 -

**DONE** and **ORDERED** in Ocala, Florida on February 15, 2013.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties